UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN DAVID CHAKER, aka DARREN D. CHAKER,<br><br>        Petitioner<br><br>vs.<br><br>COLLEENE PRECIADO, CHIEF PROBATION OFFICER,<br><br>        Respondent. | Case No. SACV 08-1300-AG(RC)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND ORDER DENYING CERTIFICATE OF APPEALABILITY |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a <u>de novo</u> determination.

    IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered denying the petition for writ of habeas corpus and dismissing the action with prejudice.

1   This Court finds that any appeal would not be taken in good
2 faith, and that petitioner has not made a substantial showing that he
3 has been denied a constitutional right, for the reasons set forth in
4 the Report and Recommendation of the United States Magistrate Judge,
5 and accordingly, a certificate of appealability should not issue under
6 28 U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b).  <u>Slack v. McDaniel</u>,
7 529 U.S. 473, 483, 120 S. Ct. 1595, 1604, 146 L. Ed. 2d 542 (2000);
8 <u>Mayfield v. Calderon</u>, 229 F.3d 895, 900 (9th Cir. 2000).  Thus, IT IS
9 FURTHER ORDERED that a Certificate of Appealability be DENIED.
10
11   IT IS ALSO ORDERED that the Clerk shall serve copies of this
12 Order, the Magistrate Judge's Report and Recommendation and Judgment
13 by the United States mail on petitioner.
14
15 DATED:   June 15, 2010
16
                                    _____
17                                       ANDREW J. GUILFORD
                                    UNITED STATES DISTRICT JUDGE
18
19 R&Rs\08-1300.ado
   4/26/10