UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN DAVID CHAKER, aka DARREN D. CHAKER, | ) Case No. SACV 08-1300-AG(RC) ) ) |
| Petitioner | ) JUDGMENT ) |
| vs. | ) ) |
| COLLEENE PRECIADO, CHIEF PROBATION OFFICER, | ) ) ) |
| Respondent. | ) |

    Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

    IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATED: June 15, 2010

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

R&Rs\08-1300.jud
4/5/10