

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 15 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN DOE, | No. 10-56218 |
| Petitioner-Appellant, | D.C. No. 8:08-cv-01300-AG-RC |
| v. | Central District of California, Santa Ana |
| COLLEENE PRECIADO, Chief Probation Officer, | ORDER |
| Respondent-Appellee. | |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellant's motion (Docket Entry No. 10) to file under seal the motion to seal case records is granted. The Clerk will maintain Docket Entry Nos. 10 and 11 under seal.

Appellant's motion (Docket Entry No. 11) to seal case records is granted. The Clerk will replace appellant's name with "John Doe" on the public docket and in Docket Entry No. 8. The Clerk will also remove appellant's mailing address from the public docket. The Clerk will seal the remaining electronic docket entries (Docket Entry Nos. 1, 2, 4, 5, 6, 7, 9).

MKS/MOATT